# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LINDZY ROTHKRANZ, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNLIMITED CARE INC.,<br><br>Defendant. | CASE NO. 23-6350<br><br>CLASS ACTION COMPLAINT |

### PLAINTIFF'S VOLUNTARY NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Lindzy Rothkranz, Plaintiff, hereby gives notice that her claims in this action against Defendant are voluntarily dismissed without prejudice.

Dated: December 1, 2023                                         Respectfully submitted,

/s/ James Bilsborrow
James Bilsborrow
Weitz & Luxenberg, PC
700 Broadway
New York, NY 10003
jbilsborrow@weitzlux.com

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, James Bilsborrow, hereby certify that on December 1, 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which provided notice of the filing to all counsel of record through the Court's electronic filing system.

/s/ James Bilsborrow